UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OKANOGAN HIGHLANDS ALLIANCE, a Washington nonprofit corporation, | NO.  CV-07-251-RHW |
| Plaintiff, | |
| v. | |
| U.S. FOREST SERVICE, U.S. DEPARTMENT OF AGRICULTURAL, CALVIN L. JOINER, in his official capacity as Deputy Regional Forester, Pacific Northwest Region, and JAMES L. BOYNTON, in his official capacity as Okanogan Forest Supervisor, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION AND CLOSING FILE** |
| Defendants, | |
| and | |
| CROWN RESOURCES CORPORATION, | |
| Defendant-Intervenor. | |

        Before the Court is the parties' Joint Motion for Dismissal of Action (Ct. Rec. 102).  The parties ask that the Court dismiss this action with prejudice.

        Accordingly, **IT IS HEREBY ORDERED**:

        1.    The parties' Joint Motion for Dismissal of Action (Ct. Rec. 102) is **GRANTED**.

        2.    The above-captioned case is **dismissed** with prejudice.

*///*

**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION AND CLOSING FILE ~ 1**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 1st day of May, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court

Q:\CIVIL\2007\Okanogan Highlands Alliance\dismiss.wpd

**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION AND CLOSING FILE ~ 2**